SO ORDERED: April 23, 2018.



**Basil H. Lorch III**
**United States Bankruptcy Judge**

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF INDIANA
NEW ALBANY DIVISION

| | | |
|---|---|---|
| In Re: | ) | Case No. 17-91182-BHL-13 |
| JERALD M. MATTINGLY | ) | |
| DONNA MARY MATTINGLY | ) | |
|    Debtors | ) | |

## ORDER GRANTING DEBTOR'S MOTION TO APPROVE FINAL MODIFICATION AGREEMENT WITH WILMINGTON SAVINGS FUND SOCIETY, FSB, D/B/A/ CHRISTIANA TRUST AS OWNER TRUSTEE OF THE RESIDENTIAL CREDIT OPPORTUNITES TRUST III C/O FCI LENDER SERVICES, INC.

This matter is before the Court on the Debtors' Motion to Approve Final Modification Agreement, by which they seek authority to enter into an agreement with Wilmington Savings Fund Society, FSB, D/B/A Christiana Trust as owner Trustee of the Residential Credit Opportunities Trust III c/o FCI Lender Services, Inc. which modifies their residential first mortgage. (Docket #: 49) Having considered the foregoing, and being otherwise duly advised, the Court now GRANTS the Debtors' motion and ORDERS:

      1.    The Final Modification Agreement attached as an exhibit to the Debtors' motion is hereby approved.

2. The Standing Trustee is hereby directed to disburse monthly payments in the amount of $622.69 commencing April 1, 2018, to:

**FCI Lender Services, Inc.**

**PO Box 27370**

**Anaheim Hills, CA 92809-0112**

3. Installment payments delivered pursuant to the Final Modification Agreement shall be deemed to be received by FCI Lender Services, Inc. when conduit payments are received by the Standing Trustee.

###

Case 17-91182-AKM-13 Doc 52 Filed 04/23/18 EOD 04/23/18 13:43:20 Pg 2 of 2