**Fill in this information to identify the case:**

| | |
|---|---|
| Debtor 1 | Jerald M Mattingly |
| Debtor 2 (Spouse, if filing) | Donna Mary Mattingly |
| United States Bankruptcy Court for the: | Southern District of Indiana (State) |
| Case number | 17-91182 |

Official Form 410S2

# Notice of Postpetition Mortgage Fees, Expenses, and Charges 12/16

If the debtor's plan provides for payment of postpetition contractual installments on your claim secured by a security interest in the debtor's principal residence, you must use this form to give notice of any fees, expenses, and charges incurred after the bankruptcy filing that you assert are recoverable against the debtor or against the debtor's principal residence.

**File this form as a supplement to your proof of claim.** See Bankruptcy Rule 3002.1.

**Name of creditor:** U.S. Bank Trust National Association, as Trustee of Bungalow Series III Trust

**Court claim no.** (if known): 4

**Last 4 digits** of any number you use to identify the debtor's account: 3 0 2 5

**Does this notice supplement a prior notice of postpetition fees, expenses, and charges?**

☑ No
☐ Yes. Date of the last notice: ___/___/___

## Part 1: Itemize Postpetition Fees, Expenses, and Charges

Itemize the fees, expenses, and charges incurred on the debtor's mortgage account after the petition was filed. Do not include any escrow account disbursements or any amounts previously itemized in a notice filed in this case. If the court has previously approved an amount, indicate that approval in parentheses after the date the amount was incurred.

| Description | Dates incurred | | Amount |
|---|---|---|---|
| 1. Late charges | | (1) | $ |
| 2. Non-sufficient funds (NSF) fees | | (2) | $ |
| 3. Attorney fees | | (3) | $ |
| 4. Filing fees and court costs | | (4) | $ |
| 5. Bankruptcy/Proof of claim fees | | (5) | $ |
| 6. Appraisal/Broker's price opinion fees | | (6) | $ |
| 7. Property inspection fees | | (7) | $ |
| 8. Tax advances (non-escrow) | April 7, 2020 | (8) | $ 8,644.45 |
| 9. Insurance advances (non-escrow) | | (9) | $ |
| 10. Property preservation expenses. Specify:_____ | | (10) | $ |
| 11. Other. Specify:_____ | | (11) | $ |
| 12. Other. Specify:_____ | | (12) | $ |
| 13. Other. Specify:_____ | | (13) | $ |
| 14. Other. Specify:_____ | | (14) | $ |

The debtor or trustee may challenge whether the fees, expenses, and charges you listed are required to be paid.
See 11 U.S.C. § 1322(b)(5) and Bankruptcy Rule 3002.1.

| Debtor 1 | Jerald M Mattingly | Case number (if known) 17-91182 |
|---|---|---|
| | First Name   Middle Name   Last Name | |

## Part 2: Sign Here

The person completing this Notice must sign it. Sign and print your name and your title, if any, and state your address and telephone number.

*Check the appropriate box.*

☐ I am the creditor.

☒ I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.**

✗ /s/ Molly Slutsky Simons
Signature

Date 04 / 14 / 2020

Print: Molly Slutsky Simons
First Name   Middle Name   Last Name

Title: Authorized Agent for Creditor

Company: Sottile & Barile, LLC

Address: 394 Wards Corner Road, Suite 180
Number   Street
Loveland, OH 45140
City   State   ZIP Code

Contact phone ( 513 ) 444 – 4100

Email bankruptcy@sottileandbarile.com

| SN Servicing Corp | | | | | | |
|---|---|---|---|---|---|---|
| **Checking Acct** | | CHECK | | CHECK DATE 04/06/2020 CHECK NUMBER | | |
| | | | | PAID TO:VENDOR FLOYD COUNTY TREASURER | | |
| Doc. No | Invoice Date | Invoice No | Description | Invoice Amount | GL Account | Net Amount |
| ▮ | 04/06/2020 | ▮ | MATTINGL | 8,644.45 | ▮ | 8,644.45 |
| Total | | | | 8,644.45 | 0.00 | 8,644.45 |

| SN Servicing Corp | | | | | | |
|---|---|---|---|---|---|---|
| **Checking Acct** | | CHECK | | CHECK DATE 04/06/2020 CHECK NUMBER | | |
| | | | | PAID TO:VENDOR FLOYD COUNTY TREASURER | | |
| Doc. No | Invoice Date | Invoice No | Description | Invoice Amount | GL Account | Net Amount |
| ▮ | 04/06/2020 | ▮ | MATTINGL | 8,644.45 | ▮ | 8,644.45 |
| Total | | | | 8,644.45 | 0.00 | 8,644.45 |

SN Servicing Corp
P.O. Box 86359
BATON ROUGE, LA. 70879-6359
(225)293-0095

ACCOUNT:CHECK
Wells Fargo Bank

11-24
1210181

| PAYMENT DATE | PAY THIS AMOUNT |
|---|---|
| 04/06/2020 | $ *****8,644.45 |

VOID AFTER SIX MONTHS

*EIGHT THOUSAND SIX HUNDRED FORTY-FOUR USD and 45/100*

PAY TO THE ORDER OF

FLOYD COUNTY TREASURER
311 WEST FIRST ST #113
NEW ALBANY IN  47150

Second Signature if over $5000

A

AUTHORIZED SIGNATURE

**CASHIER'S CHECK**

SERIAL #:
ACCOUNT#:

Remitter: SN SERVICING CORPORATION
Purchaser: SN SERVICING CORPORATION
Purchaser Account:
Operator I.D.:
Funding Source:    Paper Item(s)

PAY TO THE ORDER OF    ***FLOYD COUNTY TREASURER***

April 07, 2020

***Eight thousand six hundred forty-four dollars and 45 cents***    **$8,644.45**

Payee Address:
Memo:

WELLS FARGO BANK, N.A.
605 G ST
EUREKA, CA 95501
FOR INQUIRIES CALL (480) 394-3122

NOTICE TO PURCHASER—IF THIS INSTRUMENT IS LOST, STOLEN OR DESTROYED, YOU MAY REQUEST CANCELLATION AND REISSUANCE. AS A CONDITION TO CANCELLATION AND REISSUANCE, WELLS FARGO & COMPANY MAY IMPOSE A FEE AND REQUIRE AN INDEMNITY AGREEMENT AND BOND.

VOID IF OVER US $ 8,644.45

**NON-NEGOTIABLE**

**Purchaser Copy**

FB004

---

PRINTED ON LINEMARK PAPER - HOLD TO LIGHT TO VIEW. FOR ADDITIONAL SECURITY FEATURES SEE BACK.

VOID VOID VOID

0060284    11-24
Office AU #    1210(8)

**CASHIER'S CHECK**

Remitter: SN SERVICING CORPORATION
Operator I.D.:

April 07, 2020

PAY TO THE ORDER OF    ***FLOYD COUNTY TREASURER***

***Eight thousand six hundred forty-four dollars and 45 cents***    **$8,644.45**

Payee Address:
Memo:

VOID IF OVER US $ 8,644.45

*Richard Levy*
CONTROLLER

# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF INDIANA
## NEW ALBANY DIVISION

| | |
|---|---|
| In Re: | Case No. 17-91182-AKM-13 |
| Jerald M Mattingly<br>  aka Jerald Mattingly<br>  aka Jerald Michael Mattingly<br>Donna Mary Mattingly<br>  aka Donna Mattingly | Chapter 13 |
| Debtors. | Judge Andrea K. McCord |

## CERTIFICATE OF SERVICE

I certify that on April 14, 2020, a copy of the foregoing Notice of Postpetition Mortgage Fees, Expenses, and Charges was filed electronically. Notice of this filing will be sent to the following party/parties through the Court's ECF System. Party/parties may access this filing through the Court's system:

    Lloyd Koehler, Debtors' Counsel
    lloydkoehler@hotmail.com

    Joseph M. Black, Jr., Trustee
    jmbecf@trustee13.com

    Office of the U.S. Trustee
    ustpregion10.in.ecf@usdoj.gov

I further certify that on April 14, 2020, a copy of the foregoing Notice of Postpetition Mortgage Fees, Expenses, and Charges was mailed by first-class U.S. Mail, postage prepaid and properly addressed to the following:

    Jerald M Mattingly, Debtor
    2334 Coyle Drive
    New Albany, IN 47150

    Donna Mary Mattingly, Debtor
    2334 Coyle Drive
    New Albany, IN 47150

Respectfully Submitted,

/s/ Molly Slutsky Simons
Molly Slutsky Simons (OH 0083702)
Sottile & Barile, Attorneys at Law
394 Wards Corner Road, Suite 180
Loveland, OH 45140
Phone: 513.444.4100
Email: bankruptcy@sottileandbarile.com
Attorney for Creditor